# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

**FILED**
DEC 0 8 2016
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

United States of America
v.
NICOLAS RYAN BISHOP

)
)  Case No. 1:16-mj-00900
)
)
)
)
)

_Defendant_

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_ NICOLAS RYAN BISHOP,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Count 1: Coercion and Enticement
Count 2: Penalties for Registered Sex Offenders
Count 3: Coercion and Enticement
Count 4: Penalties for Registered Sex Offenders
Count 5: Coercion and Enticement
Count 6: Penalties for Registered Sex Offenders
Count 7: Tampering with a Witness, Victim, or Informant
in violation of Title 18, United States Code, Sections 2422(b), 2260A, 1512

Date: 12/07/2016

_Denise K. LaRue_
_Issuing officer's signature_

City and state: Indianapolis, IN

Denise K. LaRue, U.S. Magistrate Judge
_Printed name and title_

---

**Return**

This warrant was received on _(date)_ 12-7-16, and the person was arrested on _(date)_ 12-8-16
at _(city and state)_ Spencer, Indiana.

Date: 12-8-16

_Arresting officer's signature_

Darin Odier - TFO
_Printed name and title_