UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 1:17-CR |
| ) | |
| NICOLAS RYAN BISHOP, ) | 1 17-cr-0086 LJM -MJD |
| ) | |
| Defendant. ) | |

# INFORMATION

The United States Attorney charges that:

## General Allegations

At times material to these charges:

1. The Defendant, NICOLAS RYAN BISHOP, was a 23-year-old resident of the Southern District of Indiana.

2. On or about November 27, 2012, NICOLAS RYAN BISHOP was convicted of RAPE under Indiana Code 35-42-4-1, which is an offense relating to aggravated sexual abuse, or sexual abuse, as defined by 18 U.S.C. § 2252(b)(1). As a result of this conviction, NICOLAS RYAN BISHOP was required to register as a convicted sex offender under Indiana law.

3. Coercion and Enticement (18 U.S.C. § 2422(b)): Under the United States Code, it is unlawful for a person to use the mail or any facility or means of interstate or foreign commerce to knowingly persuade, induce, entice, or coerce any individual who has not attained the age of 18 years, to engage in any sexual activity for which any person can be charged with a

criminal offense, or attempt to do so. This statute incorporates both state and federal law in determining whether the underlying sexual activity is a criminal offense, including the federal law prohibiting the distribution and receipt of child pornography, and attempts to do so (18 U.S.C. § 2252(a)(2)) and the Indiana law prohibiting sexual misconduct with a minor (IC 35-42-4-9(a)).

4. Child Pornography Trafficking (18 U.S.C. § 2252): Under the United States Code, it is unlawful for a person to knowingly transport, ship, receive, distribute, reproduce for distribution, or possess any visual depiction of minors engaging in sexually explicit conduct when such visual depiction was either mailed or shipped or transported in interstate or foreign commerce by any means, including by computer, or when such visual depiction was produced using materials that had traveled in interstate or foreign commerce.

5. Sexual Misconduct with a Minor (Indiana Code 35-42-4-9(a)): This Indiana statute prohibits sexual intercourse or other sexual conduct between a person who is at least 18 years of age and a child who is 14 or 15 years old.

6. The term "minor" is defined as a person under the age of 18 years. 18 U.S.C. § 2256(1).

7. The term "visual depiction" is defined as to include undeveloped film and videotape, data stored on computer disk or by other electronic means which is capable of conversion into a visual image, and data which is capable of conversion into a visual image that has been transmitted by any means, whether or not stored in a permanent format. 18 U.S.C. § 2256(5).

8. "Sexually explicit conduct" means actual or simulated (a) sexual intercourse, including genital-genital, oral-genital, or oral-anal, whether between persons of the same or opposite sex; (b) bestiality; (c) masturbation; (d) sadistic or masochistic abuse; or (e) lascivious exhibition of the genitals or pubic area of any person. See 18 U.S.C. § 2256(2).

9. Child Victims: The pseudonyms "Child Victim 1," "Child Victim 2," and "Child Victim 3," represent minor girls, who at the times of the charged conduct, were 15 years old and lived in the Southern District of Indiana.

## COUNT 1

### Receipt of Visual Depictions of Minors Engaged in Sexually Explicit Conduct
### 18 U.S.C. §§ 2252(a)(2) and (b)(1)

10. The General Allegations in Paragraphs 1 through 9 are re-alleged in this Count.

11. On or between January 1, 2016 and April 1, 2016, in the Southern District of Indiana, NICOLAS RYAN BISHOP, the defendant herein, knowingly received any visual depiction using any means or facility of interstate or foreign commerce or that had been mailed, or had been shipped or transported in or affecting interstate or foreign commerce, or which contained materials which had been mailed or so shipped or transported, by any means including by computer, or knowingly reproduced any visual depiction for distribution using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or through the mails, the producing of such visual depiction involves the use of a minor engaging in sexually explicit conduct; and such visual depiction is of such conduct, that being, one or more images of a minor engaging in sexually explicit conduct, that is: NICOLAS RYAN BISHOP

did knowingly receive from CHILD VICTIM 1 a visual depiction of a minor engaging in sexually explicit conduct.

All of which is a violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

## COUNT 2

### Coercion and Enticement and Attempted Coercion and Enticement
### 18 U.S.C. § 2422(b)

12. The General Allegations in Paragraphs 1 through 9 are re- alleged in this Count.

13. On or between November 1, 2016 and November 17, 2016, NICOLAS RYAN BISHOP did use a facility or means of interstate or foreign commerce to knowingly persuade, induce, entice, and coerce, and attempt to knowingly persuade, induce, entice, and coerce Child Victim 2, an individual who has not attained the age of 16 years, to engage in sexual activity for which any person could be charged with a criminal offense, specifically, the distribution and receipt of child pornography, as defined in 18 U.S.C. § 2252(a)(2), that is:  NICOLAS RYAN BISHOP did knowing persuade, induce, entice, and coerce, and did attempt to persuade, induce, entice, and coerce, CHILD VICTIM 2 to distribute to NICOLAS RYAN BISHOP visual depictions of a minor engaging in sexually explicit conduct.

All of which is a violation of Title 18, United States Code, Sections 2422(b) and 2260(A).

## COUNT 3

## Attempted Coercion and Enticement
## 18 U.S.C. § 2422(b)

14. The General Allegations in Paragraphs 1 through 9 are re- alleged in this Count.

15. On or between November 15, 2016 and November 17, 2016, NICOLAS RYAN BISHOP did use a facility or means of interstate or foreign commerce to knowingly persuade, induce, entice, and coerce, and attempt to knowingly persuade, induce, entice, and coerce Child Victim 3, an individual who has not attained the age of 16 years, to engage in sexual activity for which any person could be charged with a criminal offense, specifically, Sexual Misconduct with a Minor, as defined in Indiana Code 35-42-4-9(a), that is: NICOLAS RYAN BISHOP did attempt to persuade, induce, entice and coerce CHILD VICTIM 3 to meet him for the purpose of engaging in conduct which would violate Indiana law prohibiting Sexual Misconduct with a Minor, Indiana Code 35-42-4-9(a).

All of which is a violation of Title 18, United States Code, Sections 2422(b) and 2260A.

## COUNT 4

## Penalties for Registered Sex Offenders
## 18 U.S.C. § 2260A

16. The General Allegations in Paragraphs 1 through 8 are re-alleged in this Count.

17. From November 1, 2016 until November 17, 2016, the defendant, NICOLAS RYAN BISHOP, was required by federal law or the laws of any state to register as a sex offender and during that time period, NICOLAS RYAN BISHOP did commit a felony offense involving a minor under 18 U.S.C. § 2422.

All of which is a violation of Title 18, United States Code, Section 2260A.

_____
JOSH J. MINKLER
United States Attorney

STATE OF INDIANA    )
                    )    SS:
COUNTY OF MARION    )

Kristina M. Korobov, being first duly sworn, upon her oath deposes and says that she is an Assistant United States Attorney in and for the Southern District of Indiana, that she makes this affidavit for and on behalf of the United States of America and that the allegations in the foregoing Information are true as she is informed and verily believes.

Kristina Marie Korobov
Assistant United States Attorney

Subscribed and sworn to before me, a notary public, on this 14th day of May, 2017.

CHRISTINA M. WEAVER
Marion County
My Commission Expires
March 6, 2022

Notary Public

My Commission Expires:   3-6-22

My County of Residence:   Marion